# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-2587 JGB (MRWx) | Date | August 17, 2016 |
| Title | Bowen v. Target Corporation | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**          ORDER RE: STATEMENT

Based on the court's review of the parties' supplemental statement, the modified protective will remain in effect in this action.