MATERN LAW GROUP, PC
MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
ANDREW J. SOKOLOWSKI (SBN 226685)
asokolowski@maternlawgroup.com
DALIA KHALILI (SBN 253840)
dkhalili@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile:   (310) 531-1901

Attorneys for Plaintiff
AISHA BOWEN, individually, and on behalf
of all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AISHA BOWEN, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02587-JGB-MRW<br><br>[Assigned to the Honorable Jesus G. Bernal, Courtroom 1]<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE RE: REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:        November 18, 2019<br>Time:        9:00 a.m.<br>Courtroom: 1<br><br>Complaint Filed:  December 7, 2015<br>Trial Date: None Set |

Pursuant to Federal Rule of Evidence 201, Plaintiff Aisha Bowen ("Plaintiff") respectfully requests that the Court take judicial notice of two trial court briefs filed in this Court. Judicial notice of the Court's own records in other litigation related to this case is particularly appropriate under Federal Rule of Evidence 201(b)(2). *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980); *No Cost Conference, Inc. v. Windstream Comm'ns, Inc.*, 940 F.Supp.2d 1285, 1295 (S.D. Cal. 2013).

Plaintiff requests that the Court take judicial notice of the following trial court filings:

1. From the lawsuit *Halley v. Target Corporation*, Case No. 8:17-cv-00692-JGB-MRW (C.D. Cal.), the Memorandum In Support of Defendant Target Corporation's Motion to Dismiss, or, In the Alternative, To Stay Because of Earlier Filed Litigation [ECF No. 14-1]. Defendant filed this brief in the *Halley* matter on May 5, 2017. A true and correct copy of this brief is attached as **Exhibit A**.

2. From the lawsuit *Montgomery et al. v. Target Corporation*, Case No. 2:19-cv-04924-JGB-MRW, the Amended Memorandum In Support of Defendant Target Corporation's Motion to Stay This Action In Its Entirety Or, In the Alternative, to Stay Plaintiffs' Second Through Eighth Claims for Relief [ECF No. 36-1]. Defendant filed this brief in the *Montgomery* matter on August 28, 2019. A true and correct copy of this brief is attached as **Exhibit B**.

DATED: October 11, 2019   MATERN LAW GROUP, PC

By:
*/s/ Andrew J. Sokolowski*
MATTHEW J. MATERN
ANDREW J. SOKOLOWSKI
DALIA KHALILI
Attorneys for Plaintiff Aisha Bowen, individually and on behalf of all others similarly situated